UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Thomas G. Kibler,

Debtor.

Case No. 18-30386

Chapter 13

**ORDER**

At Saint Paul, Minnesota.

The above-entitled matter came before the Court on the Debtor's Expedited Hearing on Emergency Motion to Enforce Section 17.1 of the Confirmed Chapter 13 Plan (ECF No. 104) by Staying Sheriff's Sale Scheduled for May 28, 2020 and Further Based on Noncompliance with Minn. Stat. Sec. 581.03 and the Laws Related to Sales of Real Estate on Execution. [Dkt. Nos. 110, 112]. The Motion was opposed by Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 as serviced by Select Portfolio Servicing, Inc. ("DBNTC"). [Dkt. No. 111]. Appearances were made at the hearing by John Verant for the Debtor; and Kevin Dobie for DBNTC. For the reasons stated on the record,

**IT IS ORDERED:**

The Motion is denied without prejudice.

Dated: May 27, 2020

By the Court:

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/27/2020
Lori Vosejpka, Clerk, by DT